JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZEN KHALIL,<br><br>                Plaintiff,<br><br>vs.<br><br>TESLA, INC.,<br><br>                Defendant. | Case No.: 2:25-cv-05719-SB-AS<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' stipulation (Dkt. No. 20), this action is dismissed with prejudice in its entirety.

Dated: December 29, 2025

                                                      Stanley Blumenfeld, Jr.
                                                    United States District Judge